# Supreme Court of Florida

_____

No. SC17-1493
_____

**ANIL DESAI, M.D.,**
Petitioner,

vs.

**LAWNWOOD MEDICAL CENTER, INC.,**
Respondent.

December 28, 2018

PER CURIAM.

We initially accepted jurisdiction to review the decision of the Fourth District Court of Appeal in *Desai v. Lawnwood Medical Center, Inc.*, 219 So. 3d 869 (Fla. 4th DCA 2017), based on express and direct conflict. *See* art. V, § 3(b)(3), Fla. Const. Upon further consideration, we exercise our discretion and discharge jurisdiction.

It is so ordered.

PARIENTE, QUINCE, POLSTON, and LABARGA, JJ., concur.
CANADY, C.J., and LAWSON, J., concur in result.
LEWIS, J., dissents.

NO MOTION FOR REHEARING WILL BE ALLOWED.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

      Fourth District - Case No. 4D15-4408

      (St. Lucie County)

Richard H. Levenstein and Abby M. Spears of Nason, Yeager, Gerson, White & Lioce, P.A., Palm Beach Gardens, Florida; and Thomas P. Crapps of Meenan P.A., Tallahassee, Florida,

      for Petitioner

Thomas E. Warner, Dean A. Morande, and Stephen A. Cohen of Carlton Fields Jorden Burt, P.A., West Palm Beach, Florida,

      for Respondent

Leonard A. Nelson and Erin G. Sutton, Chicago, Illinois; and Mary Thomas, Tallahassee, Florida,

      for Amicus Curiae American Medical Association

Glenn J. Webber of Glenn J. Webber, PA, Stuart, Florida,

      for Amicus Curiae Association of American Physicians & Surgeons

Martin B. Goldberg and Jason A. Coe of Lash & Goldberg, LLP, Miami, Florida,

      for Amici Curiae Hospitals